**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **DOCKET NO. 3:26-CR-11-KDB** |
| **v.** | ) | |
| | ) | **GOVERNMENT'S MOTION TO** |
| **MIGUEL ANGEL GARCIA MARTINEZ,** | ) | **DISMISS WITHOUT PREJUDICE** |
| **Defendant.** | ) | |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and moves to dismiss without prejudice the charges against Defendant Miguel Angel Garcia Martinez in the above-captioned indictment in the interests of justice.

RESPECTFULLY SUBMITTED this 9th day of March 2026.

RUSS FERGUSON
UNITED STATES ATTORNEY

/s/ Caryn Finley
Assistant United States Attorney
NY Bar Number: 3953882
Attorney for the United States
United States Attorney's Office
227 West Trade Street, Suite 1700
Charlotte, North Carolina 28202
Telephone: 704.338.3148
E-mail: Caryn.Finley@usdoj.gov