# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CRIMINAL ACTION NO. 3:26-CR-00011-KDB-DCK

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **v.** | **ORDER** |
| **MIGUEL ANGEL GARCIA MARTINEZ,** | |
| **Defendant.** | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss (Doc. No. 18) the Indictment (Doc. No. 16) as to Defendant Miguel Angel Garcia Martinez without prejudice. The Court **GRANTS** the Government's Motion.

**IT IS THEREFORE ORDERED** that the Indictment (Doc. No. 16) be **DISMISSED** without prejudice as to Defendant Miguel Angel Garcia Martinez.

**SO ORDERED.**
Signed: March 9, 2026

Kenneth D. Bell
United States District Judge

1